UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Arron Scott King, Sr.,<br><br>    Plaintiff,<br><br>v.<br><br>Ramsey County Jail et al.,<br><br>    Defendants. | Case No. 24-cv-1138 PJS/ECW<br><br>ORDER |

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated May 31, 2024, all the files and records, and no objections having been filed to said Report and Recommendation, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: July 19, 2024               *s/Patrick J. Schiltz*
                                    PATRICK J. SCHILTZ
                                    United States Chief District Judge